UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIRA A. PITTMAN,<br><br>                              Plaintiff,<br><br>          -against-<br><br>JASON CLARKE; JEFFREY ROY,<br><br>                              Defendants. | 24 CIVIL 4279 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the Order of Dismissal this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 16, 2024
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                        Chief United States District Judge